1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BEST ODDS CORP., a Nevada corporation, | |
| Plaintiff | CASE NO.: 2:10-CV-507-JCM-LRL |
| vs. | |
| | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |
| MICHAEL JACKNESS, an individual, d/b/a MacPoker.com., | |
| Defendant. | |

The matter of Plaintiff's Motion for Preliminary Injunction (Docket #2), Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Docket #8), Plaintiff's Reply Regarding Plaintiff's Motion for Preliminary Injunction (Docket #39) and all related filings came before the Court for hearing on July 14, 2010, with Steven A. Gibson and J. Scott Burris of Gibson Lowry Burris LLP appearing on behalf of Plaintiff and Philip M. Ballif of Durham Jones & Pinegar appearing on behalf of Defendant.

SLC_640922                                          Page 1 of 2

1  The Court, having reviewed the papers submitted by the parties, having heard oral argument
2 from counsel, and being fully advised as to the matters raised therein, hereby DENIES Plaintiff's
3 Motion for Preliminary Injunction without prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2010

Submitted by:

  /s/ Philip M. Ballif
Philip M. Ballif
Nevada Bar No. 2650
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, Utah  84110

10785 W. Twain Avenue, Suite 200
Las Vegas, Nevada 89135

Counsel for Defendant Michael Jackness