# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEST ODDS CORP., | ) |
| Plaintiff, | ) |
| | ) 2:10-cv-00507-JCM-LRL |
| v. | ) |
| | ) **O R D E R** |
| MICHAEL JACKNESS, | ) |
| Defendant. | ) |

Before the court is defendant's Motion to Extend All Dates in Scheduling Order (#64). The court has considered the motion, plaintiff's Response (#69), and defendant's Reply (#70). On December 29, 2010, Judge Mahan entered an order (#71) granting plaintiff's Motion for Leave to File First Amended Complaint (#53). Plaintiff has not demonstrated how it will be prejudiced by being subject to the same scheduling order that will apply to all other parties. Accordingly,

IT IS ORDERED that defendant's Motion to Extend All Dates in Scheduling Order (#64) is granted. The discovery deadline shall be extended to August 17, 2011. Expert disclosures shall be made by June 17, 2011. Rebuttal expert disclosures shall be made by July 18, 2011. Dispositive motions shall be filed by September 19, 2011. The Joint Pretrial Order shall be filed by October 19, 2011.

DATED this 3rd day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**