# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BEST ODDS CORP, *et al.*, | ) | 2:10-CV-00507-JCM-LRL |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| MICHAEL JACKNESS, *et al..*, | ) | |
| Defendants. | ) | |

Presently before the court is the matter of *Best Odds Corp. et. al. v. Jackness et. al..* (2:10-cv-00507-JCM-LRL).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiffs Best Odds Corp. et. al. filed their amended complaint (doc. #74) against defendants Michael Jackness et. al. on January 20, 2011. Pursuant to Federal Rule of Civil Procedure 4(m), on July 20, 2011, the clerk of the court provided notice to plaintiffs that the action would be dismissed as to defendants Protos Marketing and F & V Properties, S.R.L. if they did not file proof of service of process by August 19, 2011. (Doc. # 84).

To date, the court has not received proof of service as to defendants Protos Marketing and F & V Properties, S.R.L. as required under rule 4(m).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case be, and the same hereby is, DISMISSED without prejudice as to defendants Protos Marketing and F & V Properties, S.R.L.

DATED: August 26, 2011.

_____
UNITED STATES DISTRICT JUDGE