Jon L. Fleischaker
R. Kenyon Meyer
jon.fleischaker@dinslaw.com
kenyon.meyer@dinslaw.com
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207
*Lead Attorneys for Defendant-Counterclaimant*

Philip M. Ballif
Nevada Bar No. 2650
pballif@djplaw.com
DURHAM JONES & PINEGAR
111 E. Broadway, Ste. 900
Salt Lake City, Utah 84110
Facsimile: 801.415.3500
Telephone: 801.297.1186
*Local Counsel for Defendant-Counterclaimant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BEST ODDS CORP. et al. | ) | Case No. 2:10-cv-00507-JCM-(LRL) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATED ORDER** |
| | ) | **DISMISSING ALL CLAIMS WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| MICHAEL JACKNESS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, the parties have reached an amicable settlement of this matter and hereby stipulate to the dismissal of all claims asserted in the Complaint and First Amended Complaint and the dismissal of all counterclaims asserted the Answer to Complaint and Counterclaims and the Answer to First Amended Complaint and Counterclaims. Dismissal shall be with prejudice and without costs or fees to any party; and

WHEREAS, the parties request that this Court retain jurisdiction for seven months from the date this Stipulated Dismissal with Prejudice is entered in order to enforce the settlement,

THEREFORE, the Complaint, First Amended Complaint and all Counterclaims are hereby DISMISSED WITH PREJUDICE.

This order resolves all outstanding matters in this case.

We agree to the foregoing stipulation:

| *Attorneys for Plaintiff* | *Attorneys for Defendants-Counterclaimants* |
|---|---|
| /s/ Steven A. Gibson | /s/ Jon L. Fleischaker |
| Steven A. Gibson | Jon L. Fleischaker |
| Jodi Donetta Lowry | R. Kenyon Meyer |
| DICKINSON WRIGHT PLLC | DINSMORE & SHOHL LLP |
| City Center West | 101 S. Fifth St., Ste. 2500 |
| 7201 West Lake Mead Blvd., Ste. 503 | Louisville, KY 40202 |
| Las Vegas, Nevada 89128 | *--and--* |
| Dated: Sept. 8, 2011 | Philip M. Ballif |
| | Nevada Bar No. 2650 |
| | Durham Jones & Pinegar |
| | 111 East Broadway, Ste. 900 |
| | Salt Lake City, Utah 84111 |
| | Dated: Sept. 8, 2011 |

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE
DATED: September 12, 2011